833 F.2d 306
 Owens (Willie, Ruth)
v.
Lac d'Amiante du Quebec, Ltee.,Carey Canada, Inc., Celotex
Corp., GAF Corp., Peltz Rowley, Inc., Asbestos Textile
Institute, Vermont Asbestos Group, Charter Consolidated,
Ltd., Charter Consolidated Investments, Ltd., Charter
Consolidated Services, Ltd., Central Mining Finance, Ltd.,
Consolidated Mines Selection Co., Ltd.,British South Africa
Co., Ltd., Cape Industries, Ltd., Cape Asbestos Industries,
Ltd., Cape Asbestos Fibres, Ltd.,
 NO. 87-1223
 United States Court of Appeals,
Third Circuit.
 OCT 13, 1987
 
 Appeal From: E.D.Pa.,
 Shapiro, J., 656 F.Supp. 981
 
 
 1
 AFFIRMED.